

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

---

October 10, 2025

Hon. Daniel J. Stewart, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207
VIA CM/ECF ONLY

Re: Rivas v. Kessler, et al., 25-CV-253, Northern District of New York

Judge Stewart:

    The Office of the New York State Attorney General (OAG) represents Defendants Gentile, Blystone, Paciello, and Effman.[1] Plaintiff asserts three causes of action in the Amended Complaint. Defendant Gentile answered the First Cause of Action. *See* Dkt. No. 29. Defendants Blystone, Gentile, Paciello, and Effman filed a Motion for Summary Judgment and Partial Motion to Dismiss (Pending Motions) seeking partial dismissal of the First and Second Causes of Action as well as full dismissal of the Third Cause of Action. *See* Dkt. No. 28. I write to respectfully request that the Court stay discovery in this case until a determination is made on the Pending Motions.

    Initially, "discovery generally does not begin until the defendants are served and have filed a responsive pleading." *Jones v. Bank of New York Mellon Tr. Co., Tr. for Mortg. Asset Mgmt. Series/Tr.*, No. 23-CV-2104 (LTS), 2023 WL 11806525, at *1 (S.D.N.Y. June 6, 2023). *See also Vance v. State of New York Dep't of Corr.*, No. 18-CV-748 (MAD/ATB), 2018 WL 6047828, at *12 (N.D.N.Y. Nov. 19, 2018). As parties may only "obtain discovery . . . that is relevant to any party's claim or defense and proportional to the needs of the case," full discovery at this stage would be problematic as relevance cannot be determined as to two out of the three alleged incidents of excessive force, especially considering the stringent requirements of the PLRA. FED. R. CIV. P 26(b)(1).

    Further, pursuant to Rule 26(c), the Court has the discretion to stay discovery pending a dispositive motion upon good cause shown. *See, e.g., Transunion Corp. v. PepsiCo, Inc.*, 811 F.2d 127, 130 (2d Cir. 1987); *Short v. City of Rochester*, 747 F. Supp. 3d 594, 597 (W.D.N.Y.

---

[1] Defendants Brown, Redmond, and Kessler are represented by outside counsel and Defendant Anzalone likely will be represented soon. OAG does not represent Defendant Giordano or Farina, and no counsel has appeared on their behalf. Upon information and belief, Defendants Fenton and Kingsley have not been served.

2024). "In deciding whether good cause has been shown pending a dispositive motion, courts consider a three-factor test: (1) the breadth of discovery sought, (2) any prejudice that would result, and (3) the strength of the motion." *Paniccioli v. Northstar Source Grp. LLC et al.*, No. 24-CV-9763 (DEH)/(GWG), --- F.Supp.3d ---, 2025 WL 1427007 (S.D.N.Y. May 16, 2025).

The Pending Motions could result in the dismissal of the Second and Third Causes of Action against Defendants Blystone, Gentile, Paciello, and Effman, leaving only one alleged incident of excessive force in dispute and terminating, at the very least, Defendants Blystone, Paciello, and Effman as parties. This significantly affects the breadth of discovery. Additionally, the moving Defendants are likely to prevail on the Pending Motions in light of the requirements of the Prison Litigation Reform Act and other case law cited.

As such, and in furtherance of judicial economy, Defendants Gentile, Blystone, Paciello, and Effman respectfully request that the Court stay discovery until a Scheduling Order can be issued for all defendants that remain after a determination on the Pending Motions. *See* L.R. N.D.N.Y. 16.1.; *see also, e.g., Chesney v. Valley Stream Union Free Sch. Dist. No. 24*, 236 F.R.D. 113 (E.D.N.Y. 2006).

Counsel for Plaintiff, Defendant Brown, and Defendant Redmond oppose this request. While consent was also requested from counsel for Defendant Kessler, no response has been received.

Thank you for your time and consideration in this matter.

Dated: October 10, 2025
Albany, New York

Respectfully Submitted,
LETITIA JAMES
New York State Attorney General
*Attorney for Defendants Gentile, Blystone, Paciello, and Effman*

By: _C. Esther Engelhart_
Chi-Hsin Esther Engelhart
Assistant Attorney General, of Counsel
Bar Roll No. 705939
The Capitol
Albany, New York 12224-0341
Telephone: 518-776-2021
Email: esther.engelhart@ag.ny.gov

cc: **All Counsel of Record**
VIA CM/ECF ONLY